HOLLY FLOR *v.* MICHAEL R. POHL, CONSERVATOR
(ESTATE OF PATRICIA ANN SCHUETZ)
(AC 28069)

Gruendel, Harper and Mihalakos, Js.

Argued September 10—officially released October 9, 2007

Per Curiam. The judgment is affirmed.

SUSAN K. PAPERNY *v.* MARK A. SHAPIRO
(AC 27196)

Flynn, C. J., and Lavine and West, Js.

Submitted on briefs September 4—officially released October 30, 2007

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* JASON DION GASTON
(AC 27626)

DiPentima, Lavine and Hennessy, Js.

Argued October 18—officially released October 30, 2007

Per Curiam. The judgment is affirmed.